## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6,1
### Eastern Division

Riley J Wilson

                              Plaintiff,

v.                                                   Case No.: 1:11−cv−05453
                                                                 Honorable Geraldine Soat Brown

Career Education Corporation

                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, December 18, 2015:

      MINUTE entry before the Honorable Geraldine Soat Brown: For the reasons set out in the following Memorandum Opinion and Order, Defendant's motion for summary judgment [dkt 79] is granted. Judgment is entered for defendant Career Education Corporation and against plaintiff Riley Wilson. Enter Memorandum Opinion and Order. Terminate civil case. Notices mailed by Judicial Staff. (et, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.